G. Edmond Cook, and Fred P. Schuman, for appellant; Oehmke & Dunham, and Howard F. Boman, for appellee. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 2, 1952; released for publication June 5, 1952.

## Ed Blohm, Plaintiff-Appellant, v. H. Shannon Kagy, B. Lucille Kagy, and The Marion County Building and Loan Association, Defendants-Appellees.

Term No. 52-F-16. 

Dowell & Dowell, George W. Dowell, and N. Y. Dowell, for appellant; Robert L. Artz, of counsel; Miller & Pfaff, for appellees. Opinion by JUSTICE BARDENS. **Not to be published in full.** Opinion filed May 2, 1952; released for publication June 5, 1952.

## Gordon A. Coombs, Plaintiff-Appellant, v. Board of Fire and Police Commissioners of City of East St. Louis, Illinois, Defendant-Appellee.

Term No. 52-F-3.